**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

OSCAR INFANTE GOZAINE,

    Petitioner

v.

TODD BLANCHE, et al.,

    Respondents

Case No.: 2:26-cv-01551-APG-BNW

**Order Granting Motion for Scheduling Order**

[ECF No. 14]

I ORDER that the petitioner's motion for order to show cause or scheduling order (ECF No. 14) is GRANTED in that I set a briefing schedule. The respondents' response to the amended petition is due July 7, 2026. The petitioner's reply is due July 14, 2026.

I FURTHER ORDER that the respondents' response to the petitioner's motion to enforce discovery order (ECF No. 15) is due July 1, 2026.

DATED this 23rd day of June, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE