**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| OSCAR INFANTE GOZAINE, | Case No.: 2:26-cv-01551-APG-BNW |
| Petitioner | **Order Granting Motion to Enforce Discovery Order** |
| v. | [ECF No. 15] |
| TODD BLANCHE, et al., | |
| Respondents | |

I ordered the respondents to respond to the petitioner's motion to enforce discovery order (ECF No. 15) by July 1, 2026. ECF No. 16.  The respondents did not respond.

I THEREFORE ORDER that the petitioner's motion **(ECF No. 15) is granted**.  The respondents must produce all of the documents listed in Judge Boulware's prior order (ECF No. 4 at 3) including, specifically, the I-200 Warrant for Arrest of Alien and the I-286 Initial Custody Determination.  If the respondents cannot produce those documents, they must certify that after a diligent search, the records are not in their possession, custody, or control.  These documents or certification must be produced by **12:00 noon PDT on July 10, 2026**.

DATED this 8th day of July, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE